- 1 -

Your Name: _Geneva Y. Holmes-James_

Address: _1711-23rd Ave South apt_

Phone Number: _206 376-8782_

Fax Number: _____

E-mail Address: _____

Pro Se Plaintiff

FILED

DEC 05 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DMR

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CV22-7758

| | |
|---|---|
| _____ | |
| _____ | Case Number _[leave blank]_ |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| _____ | |
| _____ | DEMAND FOR JURY TRIAL |
| _____ | Yes [X] No [ ] |
| _____ | |
| Defendant. | |

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: _Geneva Y. James_

Address: _1711- 23rd Ave South apt 111 Sea Wa 98144_

Telephone: _206-376-8782_

COMPLAINT

PAGE _1_ OF ____ [*JDC TEMPLATE – Rev. 05/2017*]

- 2 -

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: Betty Jean Harding

Address: 911 - 33rd Ave.

Telephone: ~~See~~ unknowed

Defendant 2:

Name: Keith Broderick Benard-Simms

Address:

Telephone: both        unknowned

Defendant 3:

Name: Donald Ray Peoples

Address:        unknowned

Telephone:

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[X] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] Declaration of Rights and Trust.

[ ] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT

PAGE 2 OF ____ [*JDC TEMPLATE – Rev. 05/2017*]

- 3 -

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4.    Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☒ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5.    Because this lawsuit arose in <u>King County Court</u> County, it should be assigned to the <u>the city property is in</u> Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

I went to some of the states but did not have my kids with me, and still haven't seen them, property manager's are trouble, some not hired, got people faking family and not last time and this time, useing item's without my permission, not returning property the courts!

COMPLAINT

PAGE <u>3</u> OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

- 4 -

1  I. am trusting the court's to give me
2  my property back, cause of them going
3  to different States explaining I am on
4  a lienee, and having property handover. (papers only)
5  to their court's, in the state I lived in
6  I. grew up in different states and they
7  went to each one, and recieve, not to leave,
8  their State, and Cities, what the court's
9  recieve, that they holded.

11  I. am ready to recieve my property
12  back, with "Confidential" like it was before
13  the lienee got around to people I grew up
14  with, and the charge if anything was close
15  not to be, it's a Government Lien;
16  I. Know the lienee also being a Tax Lien
17  paiding taxes would go to the I.R.S. ;

21  . Having tax's to pay, but thing's destroy
22  is on the court's, learning who destroy and
23  the wittness who help, shall have court also,

26  //
27  //
28

COMPLAINT
PAGE 4 OF ___ [JDC TEMPLATE – Rev. 05/2017]

- 5 -

## CLAIMS

### First Claim

(*Name the law or right violated*: _Declaration of Rights and Trust_ )

(*Name the defendants who violated it*: _____ )

[*Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

I am place on a Government Lien and Tax Lien in Seattle Washington and also my Kid's, and can't locate my Kid's at this time, but having trouble cause of old associate's.

Starting with moving back to Seattle from San Francisco, getting a place to live at Century House, being on my lienee, also will's of family in San Francisco, Alameda, and San Jose, and in Seattle, and other States like Portland Oregon, etc; (property)

My daughter was suppose to be given waiting at Aunt's but was not when I got there at my Aunt's, Mrs Lenz was one of the Correction Officer's hired arrange the situation, and I maded, it back to Seattle, from San Francisco

//

COMPLAINT

PAGE 5 OF ___ [*JDC TEMPLATE – 05/17*]

- 6 -

1                                    _____ **Claim**

2   (*Name the law or right violated*: Declaration of Rights and )
                                                              Trust

3   (*Name the defendants who violated it*: _____ )

4        Taking my Kid's cause they was
5   broke and needed more money. I
6   trusted the court's, cause I was
7   gona be able to go to my mom's at
8   5650-36th S.W (cecil and Minnie James)
9   Property has been destroy and still
10  got me on wait, but are preparing and
11  putting window's, and back together;
12  ___._____

13  Gotta return cause of a "will" at Public
14  Storage on Treat Street needed money
15  cause of threat's of my Kid's on them
16  the boy's and girl's, and other property
17  and Kid's.

18  _____

19  And still looking for my Kid's are their
20  father's to see if they know where they
21  are cause of past associate.s (pastence
22  associate's) olded boyfriends, and girlfriends;
23    (needing my money to get where my Kid's
24  are. a car to locate, travel to see where
25  they are, are might be, Lien's been since
26  1997 and it's 2022;

27  _____

28

COMPLAINT

PAGE 6 OF ___ *[JDC TEMPLATE – 05/17]*

## DEMAND FOR RELIEF

[*State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.*]

I . would like my property back, and my Kid's, really being in the pregnacy's of nine month's, I would like my property back to get my Kid's, get my car's to have transportation, cause the bus don't get me there, my plane (yet) to get place to place faster, state to state same day service;

Needing money out of bank's, cause it's mine's and been in the bank's a long time since I was five year's old, and;

## DEMAND FOR JURY TRIAL

[*Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.*]

[X] Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 10-18-22     Sign Name: Geneva James

                   Print Name: Geneva Y. James

COMPLAINT

PAGE 7 OF ___ [JDC TEMPLATE – 05/17]

- 8 -

*[Copy this page and insert it where you need additional space.]*

I . would like my jobs back and to be able to say who can be employed, I needed to be self employed again . Cause of the work I done and want back again the job's are important, and I did enjoy being Self-Employed with my money.

I . have been on this Government Lien and Tax Lien for a long time, and a Department of Social and Health wanting my Kid's back of the lienee, and off the investigation of growth being same age for a length of time, being size; (being the invention)

I . owed my owned machine and want it back, being a object at a time my owned self but I did grow, and haded babies Knowing that I was a young me, and haded year's I was able to say, it can start again being a Young me, and lived like a miniture midget;

The. Scienceology of a Young me is like a midget but able to grow than a midget, to me, I was ready at time's but couldn't cause of the science of growing, and being small my Kid's are waiting on the King County District Court's, cause of a investigation of them, age time, and of the court's.

I . would like my visitation rights, being able to see them, and take them home to remember home like I was, given address of home at times

COMPLAINT

PAGE 8 OF ___ *[JDC TEMPLATE – 05/17]*

- 1 -

1  Your Name: Geneva Y. Holmes-James

2  Address: 1711-23rd Ave South apt 111

3  Phone Number: 206 376-8782

4  Fax Number: _____

5  E-mail Address: _____

6  Pro Se Plaintiff

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  _____    Case Number   *[leave blank]*

12  _____

13              Plaintiff,        **COMPLAINT**

14       vs.

15  _____

16  _____    DEMAND FOR JURY TRIAL

17  _____    Yes [X]  No [ ]

18  _____

19              Defendant.

20

21                    **PARTIES**

    1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional*
22       *plaintiffs.*]

23  Name: Geneva Y. James

24  Address: 1711-23rd Ave South apt 111 Sea Wa 98144

25  Telephone: 206 376-8782

26

27

28

COMPLAINT

PAGE 9 OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

- 2 -

1   2. Defendants. [*Write each defendant's full name, address, and phone number.*]

2   Defendant 1:

3   Name: Betty J. Harding-Kennedy

4   Address: 911-33rd Ave Seattle WA 98118

5   Telephone: _____

6

7   Defendant 2:

8   Name: Keith Broderick Benard

9   Address: unknowned both

10  Telephone: _____

11

12  Defendant 3:

13  Name: Donald Ray Peoples

14  Address: unknowned

15  Telephone: both

16

17                      **JURISDICTION**

18  [*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

19  3. My case belongs in federal court

20  [X] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

21  [*Which federal law or right is involved?*] Giving back money, property

22  (car's and home's) and kid's, place's of the bank's.

23  [ ] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the

24  defendants <u>and</u> the amount of damages is more than $75,000.

25

26

27

28

COMPLAINT

PAGE 10 OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

- 3 -

1

**VENUE**

2

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin,*
3
*Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or*
*Sonoma. If one of the venue options below applies to your case, this District Court is the correct*
*place to file your lawsuit. Check the box for each venue option that applies.*]

4

5      4.      Venue is appropriate in this Court because:

6      ☐ a substantial part of the events I am suing about happened in this district.

7      ☒ a substantial part of the property I am suing about is located in this district.

8      ☐ I am suing the U.S. government, federal agency, or federal official in his or her

9      official capacity and I live in this district.

10      ☐ at least one defendant is located in this District and any other defendants are

11      located in California.

12

13

**INTRADISTRICT ASSIGNMENT**

14

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First*
15
*write in the county in which the events you are suing about happened, and then match it to the*
*correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa,*
16
*San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San*
*Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake,*
17
*Mendocino counties, only if all parties consent to a magistrate judge.*]

18      5.      Because this lawsuit arose in _King County_ County, it should be

19      assigned to the _San Francisco, CA_ Division of this Court.

20

21

**STATEMENT OF FACTS**

22

[*Write a short and simple description of the facts of your case. Include basic details such as where*
*the events happened, when things happened and who was involved. Put each fact into a separate,*
23
*numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

24

25      I. was place on a Government Lien, and Tax

26      Lien, also a Department of Social and Health Lien

27      and King County came to other States with the

28      lienee, explaining I was on a Lienee to the

other court's where property was;

COMPLAINT

PAGE 11 OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

Geneva Y. Holmes-James
1711-23rd Ave apt 111
Seattle, Wa 98144
206 376-8782
Declaration of my Rights and Trust

FILED

DEC 05 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DMR

CV22-7758

9-22-22

To Office of the Clerk, U.S.
District Court
Northern District of California

  Needed records of a Government
Lien, and a Tax Lien, that started
in Seattle, and came to San Francisco
Oakland, San Jose, and Alameda
also Sacramento.

  I got Kids also, on a Department
of Social and Health Lien, cause of a
growth invention on growing

Midget's are small, and some kids
are like but don't grow but are gona
grow, one day;

I am in Seattle, headed back

for court, and my property of
California.

See you soon, needed my Wills
giving to me and the property
on the Wills;   (of Public Storage)

I stay in Hotels and Shelter's
now I am ready to go home in
my house;

I do talk with the attorney's of
the storage and family;

Need to get back in court, cause
of a Declaration of my rights
and trust; trusting the courts
of my property, and money.

Also my kids;   Lon a lien in Cali-
fornia of Alameda;

A Government Lien;

"Needed a hearing", a motion on a
hearing, and the Cost;

Geneva Holmes-
James