UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA Y. HOLMES-JAMES,<br><br>    Plaintiff,<br><br>v.<br><br>BETTY JEAN HARDING, et al.,<br><br>    Defendants. | Case No. 22-cv-07758-VC<br><br>**ORDER RE LETTERS FROM PLAINTIFF**<br><br>Re: Dkt. Nos. 14, 15, 16 |

    The plaintiff submitted three letters to the Court. *See* Dkt. Nos. 14, 15, 16. The Clerk's Office filed these letters on the docket after the deadline for objections had passed, so the Court did not consider them prior to adopting Judge Ryu's Report & Recommendation. After considering these letters now, the Court nonetheless adopts Judge Ryu's Report in every respect.

    **IT IS SO ORDERED.**

Dated: April 6, 2023

VINCE CHHABRIA  
United States District Judge