UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA Y. HOLMES-JAMES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BETTY JEAN HARDING, et al.,<br><br>　　　　Defendant. | 22-cv-07758-VC<br><br>**JUDGMENT** |

　　　The Court, having dismissed this case without prejudice, now enters judgment. The Clerk of Court is directed to close the case.

　　　**IT IS SO ORDERED.**

Dated:  June 2, 2023

_____
VINCE CHHABRIA
United States District Judge